UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

GEORGE T. SULLIVAN                                                              PETITIONER
ADC #610057

VS.                              No. 5:17-CV-000147-JLH/JTR

WENDY KELLEY, Director,
Arkansas Department of Corrections                                              RESPONDENT

## JUDGMENT

Consistent with the Order entered this day, the Petition for Writ of Habeas Corpus filed by George T. Sullivan is dismissed with prejudice.

IT IS SO ORDERED this 4th day of March, 2019.

_____
UNITED STATES DISTRICT JUDGE