UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

GEORGE T. SULLIVAN                                                                    PETITIONER
ADC #610057

VS.                              No. 5:17-CV-000147-JLH/JTR

WENDY KELLEY, Director,
Arkansas Department of Corrections                                                    RESPONDENT

## JUDGMENT

Consistent with the Order entered this day, the Petition for Writ of Habeas Corpus filed by George T. Sullivan is dismissed with prejudice.

IT IS SO ORDERED this 11th day of April, 2019.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE